UNITED STATES DISTRICT COURT OF MASSACHUSETTS
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MR. JAMES CRONIN,<br>A natural person,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | COMPLAINT |

## SUMMARY

1. This is an action for defamation for damages in the which the Plaintiff, Mr. Cronin, initially seeks the identity, through subpoena, of an anonymous party for defamatory postings published by said party, at a web site called, "Pissedconsumer.com."

## PARTIES

2. At all times relevant to this Complaint, the Plaintiff, James Cronin, is a natural person and resident of Massachusetts currently residing in the Eastern District of Massachusetts.

3. At all times relevant to this Complaint, the Defendant, styled as John Doe, is an anonymous person, the identity of whom, the Plaintiff seeks through the issuance of a subpoena to be issued by Order of this Court.

## FACTS

4. At all times relevant to this Complaint, the Defendant posted defamatory publications regarding the Plaintiff and his business at a web site called "PissedConsumer.com" (the "publication"), a company with a usual place of business

located in the State of New York, which are false and disparaging and caused harm to his business, reputation and standing in the community. (Please see the Plaintiff's Affidavit which shall be incorporated herein by reference).

## COUNT I: DEFAMATION

5. Plaintiff restates and realleges Paragraphs One through Four as if fully set forth herein.

6. At all times relevant to this complaint, the Defendant's publications are false and defamatory.

7. At all times relevant to this complaint, the Defendant's publications of false and defamatory statements including, but not limited to the false imputation of the commission of a crime caused harm to the Plaintiff and constitutes defamation "per se".

8. At all times relevant to this complaint, the Defendant's publications were false and defamatory and were made maliciously, intentionally and/or with reckless disregard for the truth and/or negligently.

## JURISDICTION

9. Upon information and belief, the Defendant in this Action is a non-resident of Massachusetts, while the company that owns the web site, "PissedConsumer.com" has a usual place of business located in the State of New York. As such, this court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(3). This Court has supplemental jurisdiction over all state law claims pursuant to 28 U.S.C. § 1367. Venue is proper pursuant to 28 U.S.C § 1391(c) and 28 U.S.C. Section 1400(a) and Mass. Gen. Law c. 223A, the Massachusetts Long Arm Statute as the Defendant has purposely availed himself of the laws and jurisdiction of the Commonwealth of Massachusetts, committed

tortious acts in the Commonwealth of Massachusetts and has regularly and systematically conducted and/or transacted business in the Commonwealth of Massachusetts.

WHEREFORE, for the foregoing reasons, the Plaintiff demands judgment for damages against the Defendant including, but not limited to all emotional distress, loss of business, revenues and profits, damage to reputation, damages for personal humiliation and mental anguish and suffering and all costs and attorney's fees and whatever this Court deems additionally just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all Counts set forth herein.

Respectfully submitted,
Plaintiff,
By Counsel for Plaintiff,

DATED: May 5, 2010

Jerrold G. Neeff
The Bostonian Law Group
33 Kingston St., Fourth Fl.
Boston, MA 02111
(617) 312-4904
BBO# 635307