UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-10810-RWZ

JAMES CRONIN

v.

JOHN DOE

ORDER
June 11, 2010

ZOBEL, D.J.

Plaintiff moves for an order for the issuance of a subpoena pursuant to Fed. R. Civ P. 45 for certain discovery from Pissedconsumer.com, described in the complaint as "a company with a usual place of business located in the State of New York." The papers in the case are unclear as to where the discovery is to take place and where service would be made, matters of significance under Rule 45. To the extent the addressee of the subpoena is required to respond in this district and can be served within the constraints of Rule 45(b)(2), plaintiff is clearly entitled to a subpoena from this court. To the extent he seeks discovery in New York, this court's subpoena power is inadequate to the task.

|  |  |
|---|---|
| June 11, 2010 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |